UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLA TIGGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Case No. 18-cv-04361-WHO   (SK)<br><br>**ORDER TO SHOW CAUSE** |

　　　　The Court set a telephone conference call in this case for this morning, June 4, 2020, at 9:00 a.m.  (Dkt. Nos. 52, 53.)  Plaintiff's counsel, Joseph Keith Bravo, failed to participate in the call.  The Court further notes that Plaintiff's counsel was an hour late on two different dates for the settlement conferences in this matter.  Therefore, the Court HEREBY ORDERS Plaintiff's counsel to show cause in writing by no later than June 18, 2020 why he should not be sanctioned, personally, in the amount to $250.

　　　　**IT IS SO ORDERED**.

Dated: June 4, 2020

_____
SALLIE KIM
United States Magistrate Judge